■ RICHARD HULL, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 65284.) — Appeal from a judgment of the Court of Claims (Koreman, P. J.), entered November 25, 1983, which dismissed the claim.

Judgment affirmed, without costs, upon the opinion of Presiding Judge Harold E. Koreman of the Court of Claims. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

■ NORMAN'S SUPERMARKETS OF BINGHAMTON, INC., Appellant, v ALBERT KOFFMAN et al., Defendants, and INSURANCE COMPANY OF NORTH AMERICA, Respondent. — Appeal from an order of the Supreme Court at Special Term (Kuhnen, J.), entered August 18, 1983 in Broome County, which, *inter alia,* declared that defendant Insurance Company of North America has no obligation to protect, defend or indemnify plaintiff with respect to a cross claim asserted against plaintiff in an underlying negligence action.

Order affirmed, with costs, upon the opinion of Justice Richard F. Kuhnen at Special Term. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.